UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFF NOLAN ) | CIVIL ACTION NO. |
|     Plaintiff ) | 3:10-CV-00720-CSH |
| ) | |
| v. ) | JURY TRIAL |
| ) | CLAIMED |
| NCO FINANCIAL SYSTEMS, INC. ) | |
|     Defendant ) | JULY 15, 2010 |
| ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Jeff Nolan, through his attorney, and the defendant, NCO Financial Systems, Inc., through its attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, JEFF NOLAN**

By: /s/ Daniel S. Blinn
    Daniel S. Blinn, ct02188
    Matthew W. Graeber, ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax. (860) 571-7457

        **Defendant**, NCO Financial Systems, Inc.

        By /s/ Walter S. Shalvoy, Jr.
        Walter S. Shalvoy, Jr.  ct25132
        wshalvoy@maherandmurtha.com
        Maher and Murtha, LLC
        528 Clinton Avenue, P.O. Box 901
        Bridgeport, CT 06601-0901
        Tel. (203) 367-2700
        Fax. (203) 335-0589

        By/s/Maria N. Rabieh
        Maria N. Rabieh
        Sessions Fishman Nathan & Israel, LLP
        Lakeway Two, Suite 200
        3850 N. Causeway Boulevard
        Metairie, LA 70002-7227
        Fax: 504-828-3737
        Email: mrabieh@sessions-law.biz

## **CERTIFICATION**

    I hereby certify that on this 15th day of July 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel S. Blinn
        Daniel S. Blinn